UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, ) )  Plaintiff, ) ) v. ) ) THE BLACK & DECKER CORPORATION, ) BLACK & DECKER, INC., BLACK & DECKER ) (U.S.) INC., EMHART CORPORATION, and ) EMHART INDUSTRIES, INC., ) )  Defendants. ) ) | CIVIL ACTION NO. 96-10804-DPW NO. 1:04-CV-10661-DPW [Harmonic Drive] |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL
CERTAIN BLACK & DECKER FILINGS CONCERNING ITS MOTION FOR
PARTIAL SUMMARY JUDGMENT REGARDING HARMONIC DRIVE**

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2, for leave to file under seal Black & Decker's Supplemental Memorandum In Support Of Its Motion For Partial Summary Judgment Regarding Harmonic Drive, the Appendix to said memorandum and the Statement Of Material Facts As To Which There Is No Genuine Dispute in support of the summary judgment motion.  Said filings contain or refer to confidential documents produced by the parties pursuant to protective orders designed to ensure the confidentiality of said documents.  Pursuant to Local Rule 7.2, Black & Decker requests that this Court enter an Order authorizing the sealing of the memorandum, appendix and statement of facts, filed in connection with its summary judgment motion.

2

     Black & Decker also requests that the Court maintain said documents under seal until this action is closed and, thereafter, that said documents be returned to counsel.

                                                By their attorneys,

Dated: November 10, 2004                  /s/ Jack R. Pirozzolo
                                                    Jack R. Pirozzolo BBO# 400400
                                                    Richard L. Binder BBO# 043240
                                                    Willcox, Pirozzolo & McCarthy
                                                    Professional Corporation
                                                    50 Federal Street
                                                    Boston, Massachusetts  02110
                                                    (617) 482-5470