UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ ) | CIVIL ACTION | |
| LIBERTY MUTUAL INSURANCE COMPANY,  ) | NO. 96-10804-DPW | |
| ) | NO. 1:04-CV-10661-DPW | |
| Plaintiff,  ) | [Harmonic Drive] | |
| ) | | |
| v.  ) | | |
| ) | | |
| THE BLACK & DECKER CORPORATION,  ) | | |
| BLACK & DECKER, INC., BLACK & DECKER ) | | |
| (U.S.) INC., EMHART CORPORATION, and ) | | |
| EMHART INDUSTRIES, INC.,  ) | | |
| ) | | |
| Defendants.  ) | | |
| _____) | | |

**ASSENTED TO MOTION FOR LEAVE TO FILE
A BRIEF IN EXCESS OF TWENTY PAGES**

Black & Decker moves, pursuant to Local Rule 7.1(B)(4), for leave to file a memorandum of more than twenty pages in support of its Motion for Partial Summary Judgment Regarding Harmonic Drive.  A memorandum in excess of twenty pages is appropriate to address the issues pertinent to this motion.

Liberty Mutual assents to this motion.

By their attorneys,

Dated:  November 10, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo BBO# 400400
Richard L. Binder BBO# 043240
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470