UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10661-DPW<br>[Harmonic Drive] |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Black & Decker's Supplemental Memorandum in Support of its Motion for Partial Summary Judgment Regarding Harmonic Drive,

- Appendix to Black & Decker's Supplemental Memorandum in Support of its Motion for Partial Summary Judgment Regarding Harmonic Drive; and

- Black & Decker's Statement of Material Facts as to Which There is No Genuine Dispute Regarding Harmonic Drive

The original documents are maintained in the case file in the Clerk's Office.

Dated: November 10, 2004         /s/ Jack R. Pirozzolo
                                 Jack R. Pirozzolo BBO# 400400
                                 Richard L. Binder BBO# 043240
                                 Willcox, Pirozzolo & McCarthy
                                 Professional Corporation
                                 50 Federal Street
                                 Boston, Massachusetts  02110
                                 (617) 482-5470
                                 Attorneys for defendants