UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10661-DPW<br>[Harmonic Drive] |

**AFFIDAVIT OF JAMES J. NICKLAUS IN SUPPORT OF
BLACK & DECKER'S RENEWED MOTION FOR PARTIAL
SUMMARY JUDGMENT REGARDING HARMONIC DRIVE**

James J. Nicklaus deposes and says:

1.  I am a member of the bar of this Commonwealth and am an attorney with Willcox, Pirozzolo & McCarthy, Professional Corporation, counsel for The Black & Decker Corporation, et als., in this action.

2.  Exhibit A to the Appendix to Black & Decker's Supplemental Memorandum in Support of its Motion for Partial Summary Judgment Regarding Harmonic Drive, filed herewith ("Appendix"), is an excerpt from Tier I Appendix to Defendant's Responses to Plaintiff's First Set of Interrogatories to the Defendants.

3.  Exhibit B to the Appendix is the Affidavit of Theodore A. Lutkus, dated February, 1998.

- 2 -

4.	Exhibit C to the Appendix is a copy of a letter dated April 7, 1992 from Linda Biagioni to Thomas O'Kane with enclosures.

5.	Exhibit D to the Appendix is a copy of a letter dated March 19, 1993 from Rosanna Sattler to Black & Decker.

6.	Exhibit E to the Appendix is a copy of the Complaint and Civil Action coversheet in <u>Nardi v. Emhart Indus., Inc. at al</u>, No. 97-03357, dated June 27, 1997.

7.	Exhibit F to the Appendix is a copy of a letter dated March 25, 1998 from David Li to Jeffrey Karp and Carole Stern.

8.	Exhibit G to the Appendix is a copy of a letter dated December 10, 1999 from David Li to Carole Stern and Jeffrey Karp.

9.	Exhibit H to the Appendix is a copy of a Settlement Agreement re: 175 North Avenue, Wakefield, Massachusetts.

10.	Exhibit I to the Appendix is a copy of a letter dated September 30, 1992 from Thomas O'Kane to Linda Biagioni.

11.	Exhibit J to the Appendix is a copy of a letter dated April 27, 1995 from Kim Olson to Alexander & Alexander.

12.	Exhibit K to the Appendix is a copy of a letter dated April 20, 1994 from Kim Olson to Michael Margiotta.

13.	Exhibit L to the Appendix is a copy of a letter dated December 29, 1994 from Kim Olson to Michael Margiotta.

14.	Exhibit M to the Appendix is a copy of a Letter dated August 15, 1995 from Kim Olson to Alexander & Alexander.

15. Exhibit N to the Appendix is a copy of a letter dated December 12, 1995 from Kim Olson to Alexander & Alexander.

16. Exhibit O to the Appendix is a copy of a Phase I Initial Site Investigation, prepared by Fugro East, Inc., dated June 1995.

17. Exhibit P to the Appendix is an excerpt from Consulting Report – 175 North Avenue, 40 West Water Street, 48-52 Armory Street, Wakefield, Massachusetts, prepared by Marshall A. Dana and Associates, dated February 16, 1999.

18. Exhibit Q to the Appendix is a copy of Phase II Comprehensive Site Assessment, Harmonic Drive Company, Prepared by GEI Consultants, Inc., dated December 14, 1999.

19. Exhibit R to the Appendix is a copy of the transcript of the deposition of Harry Baldwin, conducted in this action on January 23, 1998.

20. Exhibit S to the Appendix is a copy of the transcript of the deposition of Robert Abraham, conducted in this action on July 9, 2004

21. Exhibit T to the Appendix is a copy of the transcript of the deposition of William Englehardt, conducted in this action on July 9, 2004.

22. Exhibit U to the Appendix is a copy of the Expert Report of Elliot Steinberg, Former Harmonic Drive Division Site, Wakefield, Massachusetts, dated September 30, 2004.

23. Exhibit V to the Appendix is a copy of a schedule entitled "Harmonic Drive Defense and Indemnification Costs."  I prepared this schedule by compiling all of the invoices for Black & Decker's defense and indemnification costs relating to Harmonic Drive, which were produced to Liberty Mutual in the course of this action.

24. Exhibit W to the Appendix is a true and correct copy of a January 20, 2004 Stipulation, filed in this action.

25. Exhibit X to the Appendix contains copies of pages from a 1966 insurance policy issued by Liberty Mutual Insurance Company to United Shoe Machinery Corporation.

26. Exhibit Y to the Appendix is a is a copy of a document entitled "Case Handling Guide, Claims Department."

27. Exhibit Z to the Appendix contains copies of excerpts from the trial testimony of Franklin Woodard in this action.

28. Exhibit AA to the Appendix contains copies of excerpts from the trial testimony of Michael Bonchonsky in this action.

29. Exhibit BB to the Appendix a copy of a document entitled "Excerpts from the National Research Council (1994)."

30. Documents contained in the Appendix do not always contain the enclosures referred to in the document.

31. Documents containing production numbers with the prefix "LM" were produced in discovery in this action by Liberty Mutual, and documents containing production numbers with the prefix "BD," "SB" or "SBSF" were produced in discovery in this action by Black & Decker.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2004.

/s/ James J. Nicklaus
James J. Nicklaus