UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, ) | CIVIL ACTION ) No. 96-10804-DPW ) ) 1:04-CV-10661-DPW ) (Harmonic Drive Site) |

LIBERTY MUTUAL INSURANCE
COMPANY,

        Plaintiff,

        v.

THE BLACK & DECKER
CORPORATION, BLACK & DECKER
INC., BLACK & DECKER (U.S.)
INC., EMHART CORPORATION,
and EMHART, INC.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION
No. 96-10804-DPW

1:04-CV-10661-DPW
(Harmonic Drive Site)

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE
TO FILE MEMORANDUM OF LAW
<u>IN EXCESS OF TWENTY PAGES</u>**

Pursuant to Local Rule 7.1(B)(4), plaintiff, Liberty Mutual Insurance Company ("Liberty Mutual"), hereby moves this Court for an Order granting Liberty Mutual leave to file Liberty Mutual Insurance Company's Opposition to Black & Decker's Renewed Motion for Partial Summary Judgment Regarding Harmonic Drive, which exceeds twenty pages in length.

As grounds for the instant motion, Liberty Mutual states that a significant number of legal and factual issues must be addressed in the renewed motion for partial summary judgment. Liberty Mutual respectfully submits that a memorandum of law exceeding twenty pages in length is necessary in order to

provide a full explication of these issues to the Court.  The Defendants have

assented to this motion.

WHEREFORE, Liberty Mutual respectfully requests that this Court issue an

Order granting Liberty Mutual leave to file its Liberty Mutual Insurance

Company's Opposition to Black & Decker's Renewed Motion for Partial Summary

Judgment Regarding Harmonic Drive, in a form exceeding twenty pages in length.


LIBERTY MUTUAL INSURANCE COMPANY

By its attorneys,


_____/s/ Janice Kelley Rowan_____
Ralph T. Lepore III (BBO #294420)
Janice Kelley Rowan (BBO #265520)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:  December 9, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with counsel for defendants, Richard Binder, on December 9, 2004, and Mr. Binder assented to the filing of this motion.

_____/s/ Janice Kelley Rowan_____
Janice Kelley Rowan

- 3 -

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2004, I caused a copy of the foregoing motion to be served by hand upon counsel for defendants, Jack R. Pirozzolo, at Willcox, Pirozzolo and McCarthy, P.C., 50 Federal Street, Boston, MA 02110.

/s/ Janice Kelley Rowan
Janice Kelley Rowan

# 2435003_v1