UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10661-DPW<br>(Harmonic Drive) |

**ASSENTED TO MOTION FOR LEAVE TO FILE
<u>A BRIEF IN EXCESS OF TWENTY PAGES</u>**

Black & Decker moves, pursuant to Local Rule 7.1(B)(4), for leave to file a memorandum of more than twenty pages in opposition to Liberty Mutual Insurance Company's Supplemental Motion For Summary Judgment With Respect To The Harmonic Drive Site. A memorandum in excess of twenty pages is appropriate to address and respond adequately to the issues pertinent to this motion.

Liberty Mutual assents to this motion.

By their attorneys,

Dated: December 9, 2004      /s/ Jack R. Pirozzolo
                                              Jack R. Pirozzolo BBO # 400400
                                              Richard L. Binder BBO # 043240
                                              Willcox, Pirozzolo & McCarthy
                                              Professional Corporation
                                              50 Federal Street
                                              Boston, Massachusetts 02110
                                              (617) 482-5470