UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC.,<br><br>Defendants. | CIVIL ACTION<br>No. 96-10804-DPW<br><br>1:04-CV-10661-DPW<br>(Harmonic Drive Site) |

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE
TO FILE MEMORANDUM OF LAW
<u>IN EXCESS OF TWENTY PAGES</u>**

Pursuant to Local Rule 7.1(B)(4), plaintiff, Liberty Mutual Insurance Company ("Liberty Mutual"), hereby moves this Court for an Order granting Liberty Mutual leave to file its Reply Memorandum of Liberty Mutual Insurance Company in Support of Its Supplemental Motion for Summary Judgment with Respect to the Harmonic Drive Site, which exceeds twenty pages in length.

As grounds for the instant motion, Liberty Mutual states that a significant number of legal and factual issues must be addressed in the reply memorandum. Liberty Mutual respectfully submits that a memorandum of law exceeding twenty pages in length is necessary in order to provide a full explication of these issues to the Court. The Defendants have assented to this motion.

- 2 -

WHEREFORE, Liberty Mutual respectfully requests that this Court issue an Order granting Liberty Mutual leave to file its Reply Memorandum of Liberty Mutual Insurance Company in Support of Its Supplemental Motion for Summary Judgment with Respect to the Harmonic Drive Site, in a form exceeding twenty pages in length.

        LIBERTY MUTUAL INSURANCE COMPANY

        By its attorneys,

        /s/ Ralph T. Lepore III
        Ralph T. Lepore III (BBO #294420)
        Janice Kelley Rowan (BBO #265520)
        HOLLAND & KNIGHT LLP
        10 St. James Avenue
        Boston, MA 02116
        (617) 523-2700

Dated: December 20, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with counsel for defendants, Richard Binder, on December 17, 2004, and Mr. Binder assented to the filing of this motion.

        /s/ Janice Kelley Rowan
        Janice Kelley Rowan

- 3 -

## CERTIFICATE OF SERVICE

     I hereby certify that on this 20th day of December, 2004, I caused a copy of the foregoing motion to be served by hand upon counsel for defendants, Jack R. Pirozzolo, at Willcox, Pirozzolo and McCarthy, P.C., 50 Federal Street, Boston, MA 02110.

                            /s/ Janice Kelley Rowan
                            Janice Kelley Rowan

# 2464615_v1