UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10661-DPW<br>   (Harmonic Drive) |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN
BLACK & DECKER FILINGS CONCERNING ITS REPLY MEMORANDUM IN
SUPPORT OF ITS RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT
<u>REGARDING THE HARMONIC DRIVE SITE</u>**

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2, for leave to file <u>under</u> <u>seal</u> its Reply Memorandum In Support of Black & Decker's Renewed Motion For Partial Summary Judgment Regarding The Harmonic Drive Site and the Affidavit of Richard L. Binder, in support thereof. This filing contains or refers to confidential documents produced by the parties pursuant to protective orders designed to ensure the confidentiality of said documents. This filing also respond to Liberty Mutual filings which themselves were filed under seal. Pursuant to Local Rule 7.2, Black & Decker requests that this Court enter an Order authorizing the sealing of the memorandum and affidavit, filed in connection with its summary judgment motion.

2

 Black & Decker also requests that the Court maintain said documents under seal until this action is closed and, thereafter, that said documents be returned to counsel.

              By their attorneys,

Dated:  December 20, 2004    /s/ Jack R. Pirozzolo
             Jack R. Pirozzolo, BBO# 400400
             Richard L. Binder, BBO# 043240
             Willcox, Pirozzolo & McCarthy
             Professional Corporation
             50 Federal Street
             Boston, Massachusetts  02110
             (617) 482-5470