UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10661-DPW<br>(Harmonic Drive) |

**NOTICE OF FILING WITH CLERK'S OFFICE**
**REGARDING THE HARMONIC DRIVE SITE**

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Reply Memorandum in Support of Black & Decker's Renewed Motion For Partial Summary Judgment Regarding The Harmonic Drive Site;

- Affidavit of Richard L. Binder.

The original document is maintained in the case file in the Clerk's Office.

Dated: December 20, 2004          /s/ Jack R. Pirozzolo
                                  Jack R. Pirozzolo, BBO# 400400
                                  Richard L. Binder, BBO# 043240
                                  Willcox, Pirozzolo & McCarthy
                                  Professional Corporation
                                  50 Federal Street
                                  Boston, Massachusetts  02110
                                  (617) 482-5470